# United States District Court

WESTERN DISTRICT OF WASHINGTON

ARTURO REYES-RODRIGUEZ

       v.

UNITED STATES OF AMERICA

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C10-5182BHS/CR06-5637BHS

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Reyes-Rodriguez' § 2255 petition (Dkt. 1) is **DENIED**.

| | |
|---|---|
| August 25, 2010 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |